**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 8 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01991-BNB
(The above civil action number must appear on all future papers
 sent to the court in this action. Failure to include this number
 may result in a delay in the consideration of your claims.)

JACQUELINE L. DEGARMO, and
ALISHIA E. BLYTHE,

    Plaintiffs,

v.

MICHAEL YORTY, Both in His Individual Capacity and as a Glenwood Police Officer,
GLENWOOD SPRINGS POLICE DEPARTMENT, as Police Dept. City of
    Glenwood SP. [sic] CO,
GARFIELD COUNTY SHERIFF'S OFFICE, as Sheriff's Office and Employees, Garfield
    County Co,
CITY OF GLENWOOD SPRINGS as City of Glenwood Springs, CO,

    Defendants.

---

### ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

---

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiffs will be directed to cure the following if they wishes to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   X   is not submitted: <u>each Plaintiff must submit an individual § 1915 motion.</u>
(2)   __   is not on proper form (must use the court's current form)
(3)   X   is missing original signature by Plaintiff:<u> Alisia E. Blythe.</u>

(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: Motions are necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) _X_ is missing an original signature by Plaintiff: Alisia E. Blythe.
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiffs shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 8, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01991-BNB

Jacqueline L Degarmo and
Alishia E Blythe
4046 S Logan St
Englewood, CO 80113

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk