F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 11-cv-01991-REB-KMT

JACQUELINE L. DEGARMO, and
ALISIA E. BLYTHE,

    Plaintiffs,

v.

MICHAEL YORTY, both in his individual capacity and as a Glenwood Police Officer, and
CITY OF GLENWOOD SPRINGS, as the City of Glenwood Springs, CO,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiffs leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated October 20, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01991-REB-KMT

Jacqueline L. DeGarmo
Alisia E. Blythe
4046 S Logan St.
Englewood, CO 80113

US Marshal Service
Service Clerk
Service forms for: Michael Yorty and City of Glenwood Springs

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Michael Yorty and City of Glenwood Springs: AMENDED COMPLAINT FILED 10/04/2011, ORDER TO DISMISS AND DRAW FILED 10/18/2011, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 24, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                            By:_____
                                                              Deputy Clerk