**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01991-REB-KMT

JACQUELINE L. DEGARMO, and
ALISIA E. BLYTHE,

      Plaintiffs,

v.

MICHAEL YORTY, both in his individual capacity and as a Glenwood Police Officer, and
CITY OF GLENWOOD SPRINGS, as the City of Glenwood Springs, CO,

      Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#45][1] filed May 8, 2012. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiffs are proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See *Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#45] filed May 8, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendants' **Motion For Summary Judgment Asserting Qualified Immunity** [#27] filed December 16, 2011, is **GRANTED IN PART** and **DENIED IN PART** as moot, as follows:

   a. That the motion is **GRANTED** with respect to plaintiffs' federal law claims against defendants, and those claims are **DISMISSED WITH PREJUDICE**; and

   b. That the motion is **DENIED AS MOOT** with respect to plaintiffs' supplemental state law claims against defendants, over which claims the court **DECLINES** to exercise supplemental jurisdiction in light of the dismissal of all federal claims, and that those state law claims are **DISMISSED WITHOUT PREJUDICE**;

3. That judgment **SHALL ENTER** on behalf of defendants, Michael Yorty, both in his individual capacity and as a Glenwood Police Officer, and City of Glenwood Springs, as the City of Glenwood Springs, Colorado, against plaintiffs, Jacqueline L. DeGarmo and Alisia E. Blythe, on all federal claims for relief and causes of action asserted against them herein; provided, that the judgment as to these claims shall be with prejudice;

4. That the state law claims of the plaintiffs **ARE DISMISSED** without prejudice; and

5. That pursuant to 28 U.S.C. § 1915(a)(3), any appeal taken from this order

would not be taken in good faith and that therefore *in forma pauperis* status is **DENIED** for purposes of any appeal.

      Dated June 8, 2012, at Denver, Colorado.

                                       **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge